IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JOHN RUSSO, as Personal Representative of
the Estate of ANTHONY J. RUSSO,

    Plaintiff,

v.                                                                  Civil Action No.: 2:23-cv-00611-EWH-DEM

MODEL TRANSPORT, LLC,

BSL LOGISTICS, LLC,

and

ANGESOM GHEBRENDRIAS,

    Defendants.

## ORDER

THIS DAY CAME Model Transport, LLC, BSL Logistics, LLC, and Angesom Ghebrendrias, by counsel; and the Plaintiff, John Russo, as Personal Representative of the Estate of Anthony J. Russo, requesting permission to compromise any and all claims for damages arising out of the alleged wrongful death of Anthony Russo from a February 1, 2023, auto accident involving Angesom Ghebrendrias.

And it appearing to the Court that, at all relevant times, Model Transport, LLC, and Angesom Ghebrendrias maintained bodily injury liability coverage through Texas Insurance Company in the amount of $1,000,000, this being their sole applicable insurance coverage for the accident.  And it appearing to the Court that, at all relevant times, BSL Logistics, LLC, had bodily injury liability coverage through Indemnity Insurance Company of North America.

And it appearing to the Court from the pleadings that all parties interested and required by law to be convened have been convened or given notice of this hearing.

And it appearing to the Court that Anthony J. Russo is survived by John Russo. And it appearing that John Russo is the sole statutory beneficiary under Virginia Code § 8.01-53.

And it appearing to the Court that Anthony J. Russo's beneficiary has waived any claim he has for loss of Anthony J. Russo, medical bills, and/or expenses or damages in connection with the February 1, 2023, accident, unless identified herein.

And it appearing that Texas Insurance Company has offered to compromise this claim on behalf of Model Transport, LLC, and Angesom Ghebrendrias in the amount of ONE MILLION DOLLARS AND ZERO CENTS ($1,000,000.00). And it appearing that Indemnity Insurance Company of North America has offered to compromise this claim on behalf of BSL Logistics, LLC, in the amount of ONE HUNDRED THOUSAND DOLLARS AND ZERO CENTS ($100,000.00).

The Court heard evidence on the proposed compromise settlement and the nature and extent of the alleged wrongful death, and the Court finds that the compromise settlement is reasonable and fair, and the Court does approve and confirm the compromise settlement in the total amount of ONE MILLION, ONE HUNDRED THOUSAND DOLLARS AND ZERO CENTS ($1,100,000.00).

And it appearing to the Court that all medical bills and expenses not specifically accounted for herein have been paid, it is ORDERED that Brain Injury Law Center and/or the Truck Accident Law Firm shall distribute the entire proceeds of this Wrongful Death Settlement as follows:

    a.    Brain Injury Law Center    $ 239,836.82[*]

    b.    The Truck Accident Law Firm    $ 233,436.61[*]

---

[*] An itemization of the costs for Plaintiff's counsel can be found at Appendix A to the Petition.

| | | |
|---|---|---|
| d. | John Russo | $ 602,308.21 |
| e. | Hampton Roads Radiology | $ 212.00 |
| f. | Medical Center Radiologist, Inc. | $ 872.00 |
| g. | Sentara Virginia Beach General Hospital | $ 855.00 |
| h. | Sentara Norfolk General Hospital | $ 90.00 |
| i. | Carelon Recovery Services | $ 22,389.36 |
| **Total** | | **$ 1,100,000.00** |

It is hereby ORDERED that upon Texas Insurance Company's payment of its amount due, Texas Insurance Company, Model Transport, LLC, and Angesom Ghebrendrias are released and discharged from any and all liability upon them as a result of the alleged wrongful death of Anthony J. Russo, resulting from the incident giving rise to this claim, and no further recovery in any form or in any amount shall be permitted by any party in interest against Texas Insurance Company, Model Transport, LLC, and Angesom Ghebrendrias, including any claims for medical bills, loss of services, or other expenses or damages.

It is further ORDERED that upon Indemnity Insurance Company of North America's payments of the sums due, Indemnity Insurance Company of North America and BSL Logistics, LLC are released and discharged from any and all liability upon them as a result of the alleged wrongful death of Anthony J. Russo, resulting from the incident giving rise to this claim, and no further recovery in any form or in any amount shall be permitted by any party in interest against Indemnity Insurance Company of North America and BSL Logistics, LLC, including any claims for medical bills, loss of services, or other expenses or damages.

The Clerk is directed to furnish or mail attested copies of this Order to counsel of record.

SO ORDERED this _____ day of March, 2025.

                                                                                    _____
                                                                                    United States District Judge

WE ASK FOR THIS:

/s/ J. Matthew Haynes, Jr., Esquire
J. Matthew Haynes, Jr. (VSB No.: 51007)
Jeffrey R. Donofrio (VSB No.: 97435)
MCCANDLISH HOLTON
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, VA 23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
jdonofrio@lawmh.com
*Counsel for Model Transport, LLC
and Angesom Ghebrendrias*

/s/ James R. Jebo, Esquire
James R. Jebo
Harman Claytor Corrigan & Wellman
Post Office Box 70280
Richmond, VA 23255
4951 Lake Brook Dr., Suite 100
Glen Allen, VA 23060
Office: 804.747.5200
Direct: 804.762.8032
Fax: 804.212.0870
jjebo@hccw.com
*Counsel for Defendant BSL Logistics, LLC*

/s/ David B. Holt, Esquire
Stephen M. Smith (VSB No.: 14362)
David B. Holt (VSB No.: 65564)
C. Stewart Gill, Jr. (VSB No.: 42789)
THE BRAIN INJURY LAW CENTER
27 W. Queen Way, Ste 300
Hampton, VA 23669
(757) 244-7000 – Telephone
(757) 244-7046 – Facsimile
ssmith@braininjurylawcenter.com
dholt@smithlawcenter.com
sgill@smithlawcenter.com
*Co-Counsel for Plaintiff*

/s/ Joseph V. Camerlengo, B.C.S., Esquire
Joseph V. Camerlengo, B.C.S. (FL Bar #008192)
Jessica L. Lanifero
1200 Riverplace Boulevard, Suite 902
Jacksonville, Florida 32207
(904) 306-9220 – Telephone
(904) 306-9221 – Facsimile
jvc@truckcrashlaw.com
jll@truckcrashlaw.com
team@truckcrashlaw.com
*Co-Counsel for Plaintiff*

*Signatures continue on the next page*

<u>/s/ John Russo, Individually</u>
John Russo, Individually


<u>/s/ John Russo, as Personal Representative of the Estate of Anthony J. Russo</u>
John Russo, as Personal Representative of the Estate of Anthony J. Russo