IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOHN RUSSO, *as personal representative*
*of the Estate of* ANTHONY J. RUSSO,

    Plaintiff,

v.                                      Civil Action No.  2:23-cv-611

MODEL TRANSPORT, LLC, *et al.*,

    Defendants.

## **ORDER**

THIS DAY CAME Model Transport, LLC, BSL Logistics, LLC, and Angesom Ghebrendrias, by counsel; and the Plaintiff, John Russo, as Personal Representative of the Estate of Anthony J. Russo, requesting permission to compromise any and all claims for damages arising out of the alleged wrongful death of Anthony Russo from a February 1, 2023, auto accident involving Angesom Ghebrendrias.

And it appearing to the Court that, at all relevant times, Model Transport, LLC, and Angesom Ghebrendrias maintained bodily injury liability coverage through Texas Insurance Company in the amount of $1,000,000, this being their sole applicable insurance coverage for the accident.  And it appearing to the Court that, at all relevant times, BSL Logistics, LLC, had bodily injury liability coverage through Indemnity Insurance Company of North America.

And it appearing to the Court from the pleadings that all parties interested and required by law to be convened have been convened or given notice of this hearing.

And it appearing to the Court that Anthony J. Russo is survived by John Russo.  And it appearing that John Russo is the sole statutory beneficiary under Virginia Code § 8.01-53.

And it appearing to the Court that Anthony J. Russo's beneficiary has waived any claim

he has for loss of Anthony J. Russo, medical bills, and/or expenses or damages in connection with the February 1, 2023, accident, unless identified herein.

And it appearing that Texas Insurance Company has offered to compromise this claim on behalf of Model Transport, LLC, and Angesom Ghebrendrias in the amount of ONE MILLION DOLLARS AND ZERO CENTS ($1,000,000.00). And it appearing that Indemnity Insurance Company of North America has offered to compromise this claim on behalf of BSL Logistics, LLC, in the amount of ONE HUNDRED THOUSAND DOLLARS AND ZERO CENTS ($100,000.00).

The Court heard evidence on the proposed compromise settlement and the nature and extent of the alleged wrongful death. *See* Am. Pet. Approve Wrongful Death Settlement, ECF No. 65. For the reasons stated at the Settlement Approval Hearing, ECF No. 67, the Court amends the Parties' proposed distribution of proceeds, as provided below. The Court finds that the compromise settlement, as amended, is fair and just, and the Court does approve and confirm the compromise settlement in the total amount of ONE MILLION, ONE HUNDRED THOUSAND DOLLARS AND ZERO CENTS ($1,100,000.00).

And it appearing to the Court that all medical bills and expenses not specifically accounted for herein have been paid, it is ORDERED that Brain Injury Law Center and/or the Truck Accident Law Firm shall distribute the entire proceeds of this Wrongful Death Settlement as follows:

|   |   |   |
|---|---|---|
| a. | Brain Injury Law Center | $ 233,182.13 |
| b. | The Truck Accident Law Firm | $ 226,781.93 |

| | | | |
|---|---|---|---:|
| d. | | John Russo | $ 615,617.58 |
| e. | | Hampton Roads Radiology | $ 212.00 |
| f. | | Medical Center Radiologist, Inc. | $ 872.00 |
| g. | | Sentara Virginia Beach General Hospital | $ 855.00 |
| h. | | Sentara Norfolk General Hospital | $ 90.00 |
| i. | | Carelon Recovery Services | $ 22,389.36 |
| **Total** | | | **$ 1,100,000.00** |

It is hereby ORDERED that upon Texas Insurance Company's payment of its amount due, Texas Insurance Company, Model Transport, LLC, and Angesom Ghebrendrias are released and discharged from any and all liability upon them as a result of the alleged wrongful death of Anthony J. Russo, resulting from the incident giving rise to this claim, and no further recovery in any form or in any amount shall be permitted by any party in interest against Texas Insurance Company, Model Transport, LLC, and Angesom Ghebrendrias, including any claims for medical bills, loss of services, or other expenses or damages.

It is further ORDERED that upon Indemnity Insurance Company of North America's payments of the sums due, Indemnity Insurance Company of North America and BSL Logistics, LLC are released and discharged from any and all liability upon them as a result of the alleged wrongful death of Anthony J. Russo, resulting from the incident giving rise to this claim, and no further recovery in any form or in any amount shall be permitted by any party in interest against Indemnity Insurance Company of North America and BSL Logistics, LLC, including any claims for medical bills, loss of services, or other expenses or damages.

It is so ORDERED.

Norfolk, Virginia
Date: <u>March 13, 2025</u>

/s/ *[signature]*
Elizabeth W. Hanes
United States District Judge